**Louis Thomas CERVANTES, Plaintiff–Appellant,**

**v.**

**Richard L. PRATT, Medical Services Administrator; et al., Defendants–Appellees.**

**No. 07–16333.**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**516**

Submitted Jan. 7, 2008.*

Filed Jan. 10, 2008.

Louis T. Cervantes, Tucson, AZ, pro se.

Wanda Ellen–Marie Hofmann, Esq., Office of the Arizona Attorney General, Peter Akmajian, Esq., Jeanna Michele Wiles Chandler, Chandler & Udall, LLP, Tucson, AZ, for Defendants–Appellees.

Before: O'SCANNLAIN, SILVERMAN and GRABER, Circuit Judges.

MEMORANDUM **

This appeal from the district court's order denying appellant's motion for preliminary injunction comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *See Gregorio T. v. Wilson,* 59 F.3d 1002, 1004–05 (9th Cir.1995). The record before us shows that the court did not rely on an erroneous legal premise or abuse its discretion in concluding that appellant had failed to demonstrate a likelihood of success on the merits or the threat of imminent irreparable harm and in denying preliminary injunctive relief. *See id.* The court's factual findings and application of

legal standards are not clearly erroneous. *See id.* Accordingly, the court's order denying the preliminary injunction is affirmed.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

